# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

HOWARD COHAN,

    Plaintiff,

v.

LAUREL PARK RETAIL PROPERTIES LLC,

    Defendant.

                                              /

Case No. 2:18-cv-13397-LJM-MKM

Hon. Laurie J. Michelson

Magistrate Judge Mona K. Majzoub

## NOTICE OF VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(i) WITH PREJUDICE

Plaintiff, through his undersigned counsel, voluntary dismisses this action under Fed. R. Civ. P. 41(a)(1)(A)(i) with prejudice.

                                  Respectfully Submitted,

                                  BLACKMORE LAW PLC

                                  */s/ George T. Blackmore*

                      By:  George T. Blackmore
                            Blackmore Law PLC
                            Attorney for Plaintiff
                            21411 Civic Center Drive, Suite 200
                            Southfield, MI 48076
                            P: (248) 845-8594
                            E: george@blackmorelawplc.com
                            P76942

Dated: March 15, 2019

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2019, I filed and served the foregoing NOTICE OF VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(i) WITH PREJUDICE on all ECF participants via the court's CM/ECF system.

*/s/ George T. Blackmore*
George T. Blackmore